HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VITUS GROUP, LLC; VITUS DEVELOPMENT IV, LLC; RIVERWOOD TOWNHOMES, INC.; RIVERWOOD HOUSING PARTNERS, LP; GREEN MEADOWS HOUSING MANAGEMENT, LLC; GREEN MEADOWS HOUSING PARTNERS, LP; WESTLAKE LINWOOD HOUSING PARTNERS, LP; WESTLAKE LINWOOD HOUSING MANAGEMENT, LLC; PINES HOUSING PARTNERS, LP; and HILTON HEAD HOUSING PARTNERS, LP, <br><br> Plaintiffs, <br><br> v. <br><br> ADMIRAL INSURANCE COMPANY, <br><br> Defendant. | No. 2:24-cv-00282-RAJ <br><br> ORDER |

This matter comes before the Court on Plaintiffs' Unopposed Renewed Motion to File Declaration of Suyash Agrawal Under Seal. Dkt. # 46. Previously, Plaintiffs filed a motion to file both their First Amended Complaint and Opposition to Admiral's Motion to Dismiss or Stay, along with the Agrawal Declaration, under seal. Dkt. # 30. This Court granted Plaintiffs' request as to the First Amended Complaint and Opposition, but denied

ORDER – 1

their request as to the Agrawal Declaration. Dkt. # 45. Plaintiffs were granted leave to re-file and propose narrowly tailored redactions to the Declaration and exhibits. *Id.* at 4. Plaintiffs have now done so and filed a proposed redacted version of the Declaration and exhibits at Dkt. # 47.

The Court finds the proposed redactions to the Agrawal Declaration and exhibits to be reasonable to protect privileged communications. Here, Plaintiff has requested a less restrictive alternative to sealing entire documents that balances Plaintiffs' interests in maintaining the confidentiality of privileged conversations with the right of public access, *see* LCR 5(g)(3)(B), and this request is unopposed. Dkt. # 46 at 2. The Court therefore **GRANTS** Plaintiffs' request to seal the Agrawal Declaration and exhibits (filed under seal at Dkt. # 35). A redacted version of the Declaration and exhibits shall remain at Dkt. # 47.

DATED this 11th day of June, 2024.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 2